SAMUEL K. ELLENBOGEN, Respondent, *v.* THOR IRON COMPANY, Appellant.

*Ellenbogen* v. *Thor Iron Co.*, 110 App. Div. 887, appeal dismissed.
(Submitted April 16, 1906; decided April 24, 1906.) ·

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 16, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

The motion was made upon the ground that by reason of the unanimous affirmance by the Appellate Division no ques-

tion was presented which the Court of Appeals had jurisdiction to review.

*Alexander S. Marcuson* for motion.

*William O. Campbell* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.